IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-610-02 |
| JODIANNE GRAY | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-610-03 |
| GLORIA MASON | : | |

**ORDER**

AND NOW, this 6th day of April, 2015, upon consideration of the Government's Motion to Dismiss Indictment as to Defendants Jodianne Gray and Gloria Mason, Without Prejudice, it is hereby ORDERED that Indictment No. 14-610 is dismissed as to defendants Jodianne Gray and Gloria Mason, without prejudice.

BY THE COURT:

HONORABLE JUAN R. SANCHEZ
Judge, United States District Court